Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 108
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
MICHAEL A. DURAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:09-CR-0151 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 25, 2009 |
| MICHAEL A. DURAND | TIME: 10:00 a.m. |
|  | JUDGE: Hon. Kimberly J. Mueller |
| Defendant |  |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and the defendant, MICHAEL A. DURAND by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday June 25, 2009 be continued to Thursday September 17, 2009 at 10:00 a.m. Further, it is stipulated that the Jury Trial in this matter be continued to Monday September 28, 2009 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Additionally, defense counsel will be out on maternity leave from June 20,

09cr151.stipo.0618.doc
06/18/09

- 1 -

2009 to September 1, 2009.

Speedy trial time is to be excluded from the date of this order through the date of the Status conference set for September 17, 2009 pursuant to 18 U.S.C. section 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  June 5, 2009

                              Respectfully submitted,

                              _/s/ Preeti Bajwa_____
                              PREETI K. BAJWA
                              Attorney for Defendant
                              MICHAEL A. DURAND

DATED: June 5, 2009              LAWRENCE G. BROWN
                              Acting United States Attorney

                               /s/ Matthew C. Stegman_____
                              MATTHEW C. STEGMAN
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including September 17, 2009 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  June 18, 2009.

                              _____
                              U.S. MAGISTRATE JUDGE